BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEITH HOLDER, | ) | No. C 08-2572 CW |
| | ) | |
| Petitioner, | ) | [PROPOSED] ORDER APPOINTING COUNSEL |
| | ) | |
| v. | ) | |
| | ) | |
| BEN CURRY, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to 18 U.S.C. § 3006A(a)(2)(B), and the October 18, 2010 Order Appointing Counsel by The Hon. Claudia Wilken, (Doc. No. 18), and GOOD CAUSE APPEARING,

IT IS ORDERED that Assistant Federal Public Defender Joyce Leavitt be appointed to represent Petitioner Keith Holder in the above-captioned matter. Counsel's contact information is listed above.

DATED: **10/25/2010**

_____
CLAUDIA WILKEN
United States District Judge

*Keith Holder v. Ben Curry;* C 08-2572 CW
Order Appointing Counsel