IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH HOLDER, | No. C 08-2572 CW (PR) |
|     Petitioner, | <u>Ninth Circuit Case No. C 10-16904</u> |
|     v. | JUDGMENT |
| BEN CURRY, Warden, | |
|     Respondent. / | |

    In accordance with the Ninth Circuit's Order dismissing the appeal as moot, vacating the judgment and remanding to this Court for further proceedings, and for the reasons discussed in the Court's Order Dismissing the Case Without Prejudice and Denying Petitioner's Post-Remand Request for Immediate Release, a judgment of DISMISSAL WITHOUT PREJUDICE is hereby entered.

    IT IS SO ORDERED.

Dated: 4/11/2012

                                    CLAUDIA WILKEN
                                    United States District Judge